**IT IS ORDERED as set forth below:**



**Date: November 13, 2015**

_Mary Grace Diehl_
_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### Northern District of Georgia
### Atlanta Division

**In the Matter of:**

| | | |
|---|---|---|
| Eric M. Washington and Queen S. Washington | ) | Case No. 12-73756-MGD |
| | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| | ) | Judge Diehl |
| Eric M. Washington and Queen S. Washington, | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | Contested Matter |
| | ) | |
| Wells Fargo Bank, N.A. | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER GRANTING DEBTORS' MOTION TO DETERMINE SECURED STATUS OF CLAIM OF WELLS FARGO BANK, N.A. AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE**

The above matter came before the Court on March 20, 2013 on Debtors' Motion to Determine Secured Status of Claim of Wells Fargo Bank, N.A.. and To Strip Lien Effective Upon Discharge (the "Motion") Docket No. 25 Debtors' a determination that the second priority lien held

by Wells Fargo Bank, N.A.. on Debtors' interest in their residence (the "Lien") located at 1051 Cherry Laurel Drive, Lithonia, GA 30058 (the "Property") is completely unsecured because, based upon the Property's value and the amount of the first priority mortgage, there being no equity in the Property to which the Lien can attach. No party filed a response or otherwise appeared in opposition to Debtors' Motion. Based upon all matters of record, it is hereby

**ORDERED** that Debtors' Motion is granted as provided herein *Nunc Pro Tunc* March 20, 2013; it is

**FURTHER ORDERED** that, for purposes of the Debtors' chapter 13 case, the claim of Wells Fargo Bank, N.A.. related to the Lien shall be treated as a general non-priority unsecured claim; and it is

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtors' Chapter 13 case, the Lien of Wells Fargo Bank, N.A.. evidenced by a security deed recorded in the Superior Court of DeKalb County at Deed Book 18724, Page 278, shall be avoided without further order pursuant to 11 U.S.C. section 506(d); provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondent's Lien prior to entry of a discharge under 11 U.S.C. section 1328(a). In the event the Debtors' case is dismissed or converted to chapter 7, the Lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. sections 349(b)(1)(C) or 348(f)(1)(B) as applicable.

**END OF DOCUMENT**

Prepared by
Counsel for Movants

/S/ Maureen E. Wood
Maureen E. Wood
Georgia Bar No. 142598
Wood & Wood, LLP
1070 Iris Drive, S.W., Ste. A.
Conyers, GA 30094
(678) 509-1191
maureenwood@woodandwoodllp.com

Approved and No Opposition by
the Chapter 13 Trustee


/S/ K. Edward Safir
K. Edward Safir,
Attorney for Trustee, Mary Ida Townson
Georgia Bar No 622149
Suite 2200-191 Peachtree St., N.E.
Atlanta, GA 30303-1740

## DISTRIBUTION LIST

Maureen E. Wood
Attorney for Debtors
Wood & Wood, LLP
1070 Iris Drive, S.W., Ste. A.
Conyers, GA 30094

Eric M. Washington
Queen S. Washington
3408 Lanier Lane
Conyers, GA 30013

Mary Ida Townson, Chapter 13 Trustee
Suite 2200-191 Peachtree St., N.E.
Atlanta, GA 30303-1740

Wells Fargo Bank, N.A.
c/o Corporation Service Company, Inc., Registered Agent
40 Technology Parkway South #300
Norcross, GA 30092

Wells Fargo Bank, N.A.
Carrie Tolstedt CEO
101 N. Phillips Ave
Sioux Falls, SD 57104

Howard I. Atkins, CFO
Wells Fargo Bank, N.A.
101 N. Phillips Ave
Sioux Falls, SD 57104

Philip Barnes, Esq.
2872 Woodcock Blvd., Ste. 100
Atlanta, GA 30341-3941

Michelle Hart Ippoliti, Esq.
McCalla Raymer, et al
1544 Old Alabama Rd.
Roswell, GA 30076

Molly B. Sutter, Esq.
Shapiro & Swertfeger, Ste. 100
2872 Woodcock Blvd.
Atlanta, GA 30341